UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

CASE NO.:

COLETTE CIARLANTE,

          Plaintiff,

vs.

DOLLAR TREE STORES, INC.,

          Defendant.

_____/

## COMPLAINT
*{Jury Trial Demanded}*

Plaintiff, COLETTE CIARLANTE, through counsel, sues Defendant, DOLLAR TREE STORES, INC., and alleges the following:

1. This is an action for damages and equitable relief within the jurisdiction of this court. The Court also has supplemental jurisdiction over the pendent state claim pursuant to 28 U.S.C. 1367.

2. Plaintiff resides in Georgia and is a current employee of Defendant.

3. Defendant, DOLLAR TREE STORES, INC., is a foreign corporation engaged in business in Northern Georgia, engaged in commerce in the field of discount retail stores, and at all times material hereto was the "Employer" of the Plaintiff as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

4. In justifiable reliance upon Defendant's representations and promises, Plaintiff accepted employment and began working for Defendant as an assistant manager.

5. During part of Plaintiff's employment (specifically from about 1/5/10 through about 7/5/10), Plaintiff accrued approximately $10,694.67 in damages. See Exhibit "A."

6. Despite Plaintiff's continued demand for payment, Defendant has knowingly and willfully refused to tender payment and to date Defendant has failed to pay Plaintiff her legally owed wages.

7. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

8. Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")

9. Plaintiff reavers and realleges paragraphs 1-8 herein.

10. Plaintiff alleges this action pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) unpaid minimum wages from Defendant for the work performed; (ii) time-and-a-half overtime pay, and (iii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

11. Plaintiff seeks recovery of the unpaid minimum wages, overtime, liquidated damages, interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment in his favor and against Defendant, plus costs and reasonable attorneys' fees, and such other remedy as the Court deems just and appropriate.

## COUNT II
## BREACH OF ORAL CONTRACT

12. Plaintiff reavers and realleges paragraphs 1-8 herein.

13. Plaintiff entered into an oral contract for wages with Defendant at the hourly rates indicated in Exhibit "A."

14. Plaintiff worked for Defendant and did not receive the compensation promised. Defendant, therefore, wrongfully deprived Plaintiff of wages which were due and owing and to which Plaintiff is lawfully entitled under an oral contract for wages with Defendant.

15. Plaintiff has been damaged as a result of Defendant's failure to pay the agreed upon wages.

16. Defendant has acted in bad faith, has been stubbornly litigious, and/or has caused the plaintiff unnecessary trouble and expense.

17. Pursuant to Section 13-6-11, Georgia Statutes, Plaintiff is entitled to the costs of this action and reasonable attorneys' fees.

WHEREFORE, Plaintiff demands judgment against Defendant for the unpaid wages that are due and owing, prejudgment interest, reasonable attorneys' fees and costs incurred in this action pursuant to O.C.G.A. § 13-6-11, and any and all further relief this Court deems just and appropriate.

Respectfully submitted,

Loren Law Group
Attorneys for Plaintiff
3525 Piedmont Road
7 Piedmont Center, Suite 300
Atlanta, Georgia 30305
Phone:     (678) 224-5702
Facsimile: (954) 585-4886

_____
James M Loren, Esquire
Fla Bar No.: 0055409
JLoren@Lorenlaw.com