IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COLETTE CIARLANTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:11-CV-009 |
| | ) |
| DOLLAR TREE STORES, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF APPROVAL OF SETTLEMENT AGREEMENT

Having reviewed the proposed settlement agreement on June 28, 2011, *in camera*, the Court is satisfied that the terms of the settlement are fair, reasonable and the result of a bona fide compromise between the parties. It is accordingly ORDERED that the proposed settlement is APPROVED and the Joint Motion for Approval of Settlement is GRANTED.

SO ORDERED, this 7th day of July, 2011.

_____
HONORABLE JUDGE TIMOTHY C. BATTEN
UNITED STATES DISTRICT JUDGE